IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
MIDDLE DIVISION

2006 SEP 20 A 9: 40

LILLIAN FRIESON, Pro Se,
Plaintiff

vs.                                     CIVIL ACTION NO:2:06cv791-MEF

STATE OF FLORIDA, et al.,
Defendants.

## MOTION TO STRIKE PORTIONS OF MAGISTRATE JUDGE SUSAN RUSS WALKER RECOMMENDATION AND ORDER.

Come now Plaintiff Lillian Frieson and motion this Court to strike portions of Magistrate Judge Susan Russ Walker order, and recommendation in pursuant to Rule 12 - F as bias, prejudice, impertinent, immaterial, scandalous, and abuse of process / discretion Plaintiff will show that the jurisdiction of this court was involved only on Diversity of Citizenship, and Magistrate Judge Susan Walker recommendation was an abuse of process, and not limited to conform to the standard of law. Motions to strike should be granted to conform to law, that have prejudice Plaintiff complaint. THEREFORE any order recommendation by Magistrate Judge Susan Russ Walker not found on diversity of citizenship by law should be striken from the order and recommendation of Magistrate Judge.

Respectfully submitted,
Lillian Frieson
P.O. Box 794
Monroeville, AL 36461

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing has been served by placing same in the U.S. Mail, postage prepaid and properly addressed as follows:

State of Florida
Attorney Generals' Office
Judicial Center
190 Governmental Center
Pensacola, Florida 32502

Dept. of Highway Safety & Motor Vehicle
100 Stumpfield Road
Pensacola, Florida

Florida Highway Patrol
150 W. Stumpfield
Pensacola, Florida

_____
LILLIAN FRIESON