IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

LILLIAN FRIESON,                      )
                                      )
        Plaintiff,                    )
v.                                    )   CASE NO.  2:06-cv-791-MEF
                                      )              WO
STATE OF FLORIDA, *et al.,*           )
                                      )
        Defendants.                   )

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1.  The plaintiff's "Motion to Strike Portions of Magistrate Judge Susan Russ Walker Recommendation and Order," which the Court construes to be an objection (Doc. #5) to the Recommendation of the Magistrate Judge (Doc. #4) filed on September 20, 2006, is OVERRULED;

2.  The Recommendation of the Magistrate Judge entered on September 8, 2006 is ADOPTED;

3.  The plaintiff's claims against the State of Florida, the Florida Department of Highway Safety & Motor Vehicles, the Florida Highway Patrol, and defendants Jane Doe and John Doe in their official capacities are DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B), as the claims are barred by the Eleventh Amendment.

4.  This action is TRANSFERRED to the United States District Court for the Northern

District of Florida, the only court in which venue is proper.

DONE this 11th day of October, 2006.


_____/s/ Mark E. Fuller_____
CHIEF UNITED STATES DISTRICT JUDGE