| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  S. Simms                ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>S. Simms                             10-16-06 |
| 1. Article Addressed to:<br>William M. McCool<br>Clerk of Court<br>U.S. District Court,<br>United States Courthouse<br>1 North Palafox St.<br>Pensacola, FL 32502 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below:    ☐ No<br>06CV791<br>TRANSfer case<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☒ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7005 1820 0002 3461 0409 |

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540